THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DORIS LEE, Administratrix of the Estate of Herbert M. Lee, Deceased,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA d/b/a WILKES-BARRE VETERANS ADMINISTRATION MEDICAL CENTER, UNITED STATES OF AMERICA d/b/a MANHATTAN VETERANS ADMINISTRATION MEDICAL CENTER, and MARTA CHAPLYNSKY-SAMUELSON, M.D.<br><br>　　　　Defendants. | 3:21-CV-784<br>(JUDGE MARIANI) |

## ORDER

**AND NOW, THIS 27th DAY OF JULY 2022,** upon consideration of Defendant Dr. Marta Chaplynsky-Samuelson's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(5) (Doc. 17) and Plaintiff's Motion for Enlargement of Time to Serve Defendant, Marta Chaplynsky-Samuelson, MD, Pursuant to Federal Rule of Civil Procedure 4(m) (Doc. 21), and all documents relevant to such motions, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss of Defendant Marta Chaplynsky-Samuelson, MD, Pursuant to Federal Rule of Civil Procedure 12(b)(5) is **DENIED.**

2. Plaintiff's Motion for Enlargement of Time to Serve Defendant, Marta Chaplynsky-Samuelson, MD, Pursuant to Federal Rule of Civil Procedure 4(m) is **GRANTED.**

3. Plaintiff shall have **120 days from the date of this Order** to properly serve Defendant Dr. Marta Chaplynsky-Samuelson in accordance with Rule 4 of the Federal Rules of Civil Procedure.

*[Signature]*

Robert D. Mariani
United States District Judge